Beatrice O'Connor v. Anthony H. Werneke.— Motion granted unless appellant complies with terms stated in order.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Cornelius Sanderse v. Yorkshire Realty and Construction Company.— Motion denied, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Charles P. Gray v. The New York Central and Hudson River Railroad Company.— Motion denied, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Phillipp J. Reinle v. Charles B. Fritz and Others.— Motion denied, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Arthur L. Newman v. J. J. Mitchell Company.— Motion granted.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Paul Ruefner v. Walter B. Ellison.   Lena Meyerhoff v. Nathan Taubenfeld.   John McCullough v. The City of New York.   Harry B. Snyder v. Metropolitan Life Insurance Company.   Louis Mayer v. Benjamin Schwinger.   Henry J. Gilbert v. Max Hart.   John Corcoran v. Thomas Miller.   Sethlow Realty Company v. David Meyer.   Equitable Trust Company v. John F. King.   John M. Gardner v. Phillip Lesser.   Simon Schwartz v. August Kuhn.   Jennie Manheimer v. Independent Order Ahawas Israel.— Applications for leave to appeal from Appellate Term denied, with ten dollars costs in each case.   Orders signed.   Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Maria J. Ventimiglia v. Minna Eichner.— Motion denied, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

First National Bank of Pittsburgh v. Edmund K. Stallo.— Motion granted.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York ex rel. George W. Knoener v. Joseph Johnson, as Commissioner, etc.— Motion denied, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Felix O'Neill v. Rhinelander Waldo.— Motion granted.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

White Studio v. Alexander W. Dreyfoos.— Motion granted.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Frank E. Tuthill v. Margaret E. Forbes.— Application granted.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York v. Benjamin D. Harrell.— Time extended to March 10, 1914.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

In the Matter of Manhattan Railway Company.— Report confirmed. Order to be settled on notice.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

In the Matter of New Court House Site.— Motion granted.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.